## MOCZYGEMBA v. STATE.
### No. 24561.

Court of Criminal Appeals of Texas.
Nov. 23, 1949.

No appearance for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

## PARRISH v. STATE.
### No. 24573.

Court of Criminal Appeals of Texas.
Nov. 23, 1949.

KRUEGER, Judge.

The offense is robbery by assault. The punishment assessed is confinement in the state penitentiary for a period of two years.

The record in this case is before us without any bills of exceptions or a statement of facts. Consequently, there is nothing presented for review.

The judgment of the trial court is affirmed.

Opinion approved by the Court.